# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133995

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 133995
                                          COA: 266207
                                          Ingham CC: 05-000499-FH

JOHNNIE DOUGLAS EDWARDS,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the April 12, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007 _____

_____
Clerk

l0723